1
2
3
4
5
6
7

8 **UNITED STATES DISTRICT COURT**

9 **EASTERN DISTRICT OF CALIFORNIA**

10

11 HECTOR ARNULFO GERMAN REYES,

12 Petitioner,

13 v.

14 WARDEN, F.C.I. MENDOTA,

15 Respondent.

16

Case No. 1:24-cv-01543 JLT CDB (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING PETITION FOR WRIT OF HABEAS CORPUS WITHOUT PREJUDICE

(Doc. 11)

17     Petitioner Hector Arnulfo German Reyes, a federal prisoner, is proceeding pro se with a

18 petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. 1.)

19     On November 17, 2025, the assigned magistrate judge issued findings and

20 recommendations to dismiss the petition for failure to prosecute this action and comply with the

21 Court's orders. (Doc. 11.) The magistrate judge noted that the Court's order setting a briefing

22 schedule was returned by the U.S. Postal Service marked "Undeliverable, No Longer at this

23 Address," as was the Court's order to show cause directing Petitioner to respond in writing

24 regarding his failure to update his address with the Court. (*Id.* at 2.) In addition, Petitioner failed

25 to update his address within 30 days, as required by Local Rule 183(b). (*Id.* at 4.) The magistrate

26 judge evaluated the factors set forth in *Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988),

27 regarding dismissal for lack of prosecution and recommended dismissal. (Doc. 11 at 4-5.)

28     The Court served the findings and recommendations on Petitioner and informed him that

1    any objections were due within 14 days.  (Doc. 11 at 5.)  The findings and recommendations

2    advised Petitioner that failure to file objections within the specified time may result in the waiver

3    of rights on appeal.  *Id.* (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014)).  The

4    case opening documents also advised Petitioner that, absent notice to the Court of any change of

5    address, "service at the prior address shall be fully effective."  (Doc. 4 at 2); *see also* Local Rule

6    182(f).  On December 2, 2025, the findings and recommendations were returned by the U.S.

7    Postal Service marked as "Undeliverable, No Longer at this Address."  As of the date of this

8    Order, more than 14 days have passed, and Petitioner has not filed any objections.

9            According to 28 U.S.C. § 636(b)(1)(C), this Court performed a de novo review of this

10   case.  Having carefully reviewed the matter, the Court concludes the findings and

11   recommendations are supported by the record and proper analysis.

12           Accordingly, the Court **ORDERS**:

13       1.  The findings and recommendations (Doc. 11) issued on November 17, 2025, are

14           **ADOPTED** in full.

15       2.  The petition for writ of habeas corpus is **DISMISSED** without prejudice.

16       3.  The Clerk of Court is directed to close the case.

17       In the event a notice of appeal is filed, no certificate of appealability is required.[1]

18

19   IT IS SO ORDERED.

20       Dated:  __**December 15, 2025**__

                                                         UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26   _____

27       [1] A certificate of appealability will not be required because this is an order dismissing without
     prejudice a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, not a final order in a habeas
     proceeding in which the detention complained of arises out of process issued by a state court.  *Forde v.*

28   *U.S. Parole Commission*, 114 F.3d 878 (9th Cir. 1997); *see Ojo v. INS*, 106 F.3d 680, 681-682 (5th Cir.
     1997); *Bradshaw v. Story*, 86 F.3d 164, 166 (10th Cir. 1996).